UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MAXINE P. JENKINS,

        Plaintiff,                   CIVIL ACTION NO. 06-13328

     v.                                 DISTRICT JUDGE ARTHUR J. TARNOW

DETROIT PUBLIC SCHOOLS,       MAGISTRATE JUDGE VIRGINIA MORGAN
DAVID TURNER and DOROTHY
MERCHANT,

        Defendants.
_____/

## ORDER REQUIRING MORE DEFINITE STATEMENT

Defendants having file a motion for more definite statement pursuant to Fed.R.Civ.P (12)(e), plaintiff agreeing to the relief, and the court being fully advised in the premises,

IT IS ORDERED that defendants' Motion IS GRANTED. Plaintiff is to file an amended complaint by March 26, 2007, containing a more definite statement of the claims alleged in its complaint as follows:

1. Stating specific grounds upon which the court's jurisdiction depends;

2. Stating specific demand for judgment for the relief the Plaintiff seeks;

3. Including separate, numbered paragraphs and counts, each limited to a single set of circumstances, and segregating Plaintiff's claims by separate transactions or occurrences.

                                            S/Virginia M. Morgan
                                            Virginia M. Morgan
                                            United States Magistrate Judge

Dated: March 2, 2007

## PROOF OF SERVICE

The undersigned certifies that the foregoing Order was served upon counsel of record via the Court's ECF system and/or U. S. Mail on March 2, 2007.

                                            s/Barbara Radke
                                            Secretary to Magistrate Judge Virginia M. Morgan